UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                           :

GODFREY DAVIS,

                                   Plaintiff,

                              23-CV-6163(VSB)

                   -against-

                              **ORDER**

WESTLAKE SERVICES, LLC,
AMERICARNA AUTO SALES LLC, and
BARCLAY CLOSE,

                              Defendants.
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed their complaint on July 18, 2023. (Doc. 3, (the "Complaint").) On September 29, Defendants Westlake Services and Americarna Auto Sales (together, ("Defendants")) filed a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. 6.) On October 13, 2023, Plaintiff filed an amended complaint. (Doc. 9, ("Amended Complaint").) On October 17, 2023, Plaintiff filed proof of service against Defendants. (Docs. 15–17.) Accordingly, Defendants are directed to file a letter on or before Friday November 3, 2023, informing the Court whether they seek to withdraw the motion to dismiss in light of the amended complaint.

SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                             _____
                                                            Vernon S. Broderick
                                                             United States District Judge