```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GODFREY DAVIS,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :     23-CV-6163 (VSB)
              -against-                                     :
                                                            :         ORDER
WESTLAKE SERVICES, LLC, et al.,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed a Second Amended Complaint on February 17, 2025. (Doc. 24.) To date, Defendants have not responded to the Second Amended Complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 14, 2025. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 19, 2025
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge