UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    GODFREY DAVIS,

                              Plaintiff,

                  -against-

    WESTLAKE SERVICES, LLC,
    AMERICARNA AUTO SALES LLC, and
    BARCLAY CLOSE,

                            Defendants.
-----------------------------------------------------------X

23-CV-6163 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On March 19, 2025, I ordered Plaintiff to seek default judgment "in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 14, 2025" because Defendants have not responded to the Second Amended Complaint. (Doc. 25.) I also warned Plaintiff that failure to do so may result in dismissal for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff has since obtained certificates of default. (Docs. 32–34.) However, Plaintiff has not followed the remaining steps in seeking default judgment under Rule 4(H), despite my clear instruction to do so. Plaintiff is accordingly ordered to seek default judgment in accordance with Rule 4(H) by no later than April 30, 2025. Failure to do so may result in dismissal of this action. This is the final warning to Plaintiff.

SO ORDERED.

Dated: April 23, 2025
       New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge